**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1798

TOLESSA GURMESSA, an individual,

Plaintiff - Appellant,

v.

GETANEH KASSAHUN YISMAW, a/k/a Getaneh Yismaw, an individual;
FITSUM ACHAMYELEH ALEMU, a/k/a Fitsum Alemu, an individual,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Rossie David Alston, Jr., District Judge.  (1:24-cv-00112-RDA-WEF)

Submitted:  November 14, 2024                    Decided:  November 18, 2024

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tolessa Gurmessa, Appellant Pro Se.  David John Gogal, Ian Joseph McElhaney,
BLANKINGSHIP & KEITH, PC, Fairfax, Virginia for Appellee Fitsum Achamyeleh
Alemu.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tolessa Gurmessa appeals the district court's order dismissing his complaint alleging defamation as untimely because the statute of limitations had run. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gurmessa v. Yismaw*, No. 1:24-cv-00112-RDA-WEF (E.D. Va. July 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
